211 S.E.2d 795 (1975)
286 N.C. 415
REDEVELOPMENT COMMISSION OF the CITY OF GREENVILLE
v.
UNCO, INCORPORATED, et al.
Supreme Court of North Carolina.
February 4, 1975.
Sam B. Underwood, Jr., for Unco, Incorporated.
Everett & Cheatham, for defendants Underwood.
Harrell & Mattox, for the plaintiff.
Petition of defendants, UNCO, Incorporated, Sam B. Underwood and wife, Alma W. Underwood, for writ of certiorari to review the decision of the Court of Appeals, 23 N.C.App. 574, 209 S.E.2d 841. Denied.